**Subject:** [External] SNY6214 - Bertisen Appraisal #1 - JS Held Report and Invoice (Sedgwick File #: SLQ18000700)

Nick:

Please find attached a copy of the JS Held report on the roof for your review. To sum up what Jeff told me, there are 29 concrete tiles on the roof that can be attributed to hail. The other 67 or so are the result of installation issues. He also indicated that the roof can be repaired and not completely replaced. I will be writing up my appraisal estimate to replace the 29 tiles, but not the whole roof as has been suggested by the insured's contractor and appraiser in the amount of $120K. I know this will be a big area of disagreement, so I am suggesting that the JS Held report be released to the insured's appraiser and the insured as well. I think this will definitely help with our discussions. Can you confirm if you are okay with releasing it?

I've also attached JS Held's initial invoice. I've reviewed it and found it to be inline. I would recommend payment to them for the invoice amount. I anticipate one additional invoice from JS Held which should address the report that's attached here.

Please feel free to give me a call at 385.498.9561 to discuss in case you have any questions.

Thanks.

**Seth McClure** | National General Adjuster
865 East 4800 South, Suite 210 | Murray, UT 84107
DIRECT 385.217.9061 | FAX 801.263.9136
CELL 385.498.9561 | EMAIL Seth.McClure@sedgwick.com
www.sedgwick.com | Caring counts®

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distr bution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.