Exhibit 4
Plaintiffs' Motion for Partial Summary Judgment

**Sedgwick**

865 East 4800 South, Suite 210
Murray, UT 84107

Insured: Jasper and Anita Bertisen - Appraisal #1
Property: 25704 Bristlecone Court
Golden, CO 80401

Claim Rep.: Seth McClure
Position: National General Adjuster
Business: 865 East 4800 South, Suite 210
Murray, UT 84107

Cellular: (385) 498-9561
Business: (385) 217-9061
E-mail: Seth.McClure@sedgwick.com

Estimator: Seth McClure
Position: National General Adjuster
Business: 865 East 4800 South, Suite 210
Murray, UT 84107

Cellular: (385) 498-9561
E-mail: Seth.McClure@sedgwick.com

**Claim Number:** SNY6214001H **Policy Number:** 0CHR349960237176331 **Type of Loss:** Hail

Date of Loss: 5/8/2017
Date Inspected: 1/16/2019
Date Received: 10/4/2018
Date Entered: 6/19/2019 11:24 AM

Price List: CODE8X_AUG19
Restoration/Service/Remodel
Estimate: BERTISENAPPRAISAL

**NOTICE:** This estimated scope of damages and prices contained in this document are based upon the actual damages viewed by the Sedgwick adjuster at the time of the inspection of this loss. This document does not contain any repair cost for hidden damages that may later be discovered during repairs. This document does not constitute a settlement of any insurance claim and all estimates contained herein are subject to insurance company review and approval. This document is not an authorization to make any repairs to property. Authorization for repairs can only be given by the property owner. Any guarantee of payment must come from the property owner. No insurance adjuster has authority to authorize any work or guarantee any payments for repairs made to an insured risk. Neither Sedgwick nor the insurance company assumes responsibility for the sufficiency or quality of repairs made.

**Sedgwick**

865 East 4800 South, Suite 210
Murray, UT 84107

**BERTISENAPPRAISAL**

**Roof**

**Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Tile roofing - Concrete - 'S' or flat (per TILE)* | 29.00 EA | 13.23 | 0.00 | 76.74 | 460.41 | (0.00) | 460.41 |
| 2. Tile roofing - Concrete - 'S' or flat (per TILE)* | 29.00 EA | 30.75 | 3.35 | 179.04 | 1,074.14 | (0.00) | 1,074.14 |
| Note: includes for removal and replacement of hail-damaged tiles only as identified by Jeff Anderson of JS Held | | | | | | | |
| **Total: Roof** | | | **3.35** | **255.78** | **1,534.55** | **0.00** | **1,534.55** |

**Skylights**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 3. Remove Skylight - double dome fixed, 9.1 - 12.5 sf | 3.00 EA | 28.92 | 0.00 | 17.36 | 104.12 | (0.00) | 104.12 |
| 4. Skylight - double dome fixed, 9.1 - 12.5 sf | 3.00 EA | 365.35 | 61.71 | 231.56 | 1,389.32 | (318.40) | 1,070.92 |
| 5. Remove Tile roofing - Concrete - 'S' or flat (per TILE)* | 33.00 EA | 13.23 | 0.00 | 87.32 | 523.91 | (0.00) | 523.91 |
| 6. Install Tile roofing - Concrete - 'S' or flat (per TILE)* | 33.00 EA | 29.21 | 0.00 | 192.78 | 1,156.71 | (0.00) | 1,156.71 |
| Note: includes for removal and reinstallation of concrete tiles around skylight units for removal of old, damaged units and installation of new skylight units - this is for detaching and resetting tile in the skylight area only | | | | | | | |
| **Totals: Skylights** | | | **61.71** | **529.02** | **3,174.06** | **318.40** | **2,855.66** |

**Roof Accessories**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 7. Remove Flashing - pipe jack | 7.00 EA | 6.76 | 0.00 | 9.46 | 56.78 | (0.00) | 56.78 |
| 8. Flashing - pipe jack | 7.00 EA | 46.60 | 4.39 | 66.12 | 396.71 | (26.47) | 370.24 |
| 9. Remove Roof vent - turtle type - Metal | 9.00 EA | 8.63 | 0.00 | 15.54 | 93.21 | (0.00) | 93.21 |
| 10. Roof vent - turtle type - Metal | 9.00 EA | 65.68 | 9.93 | 120.20 | 721.25 | (59.78) | 661.47 |
| 11. Remove Exhaust cap - through roof - 6" to 8" | 2.00 EA | 8.63 | 0.00 | 3.46 | 20.72 | (0.00) | 20.72 |
| 12. Exhaust cap - through roof - 6" to 8" | 2.00 EA | 94.17 | 4.95 | 38.66 | 231.95 | (29.81) | 202.14 |
| 13. Remove Chimney flashing - average (32" x 36") | 2.00 EA | 18.01 | 0.00 | 7.20 | 43.22 | (0.00) | 43.22 |
| 14. Chimney flashing - average (32" x 36") | 2.00 EA | 451.53 | 11.75 | 182.98 | 1,097.79 | (70.70) | 1,027.09 |
| 15. Remove Fireplace - chimney chase cover - sheet metal | 2.00 EA | 18.01 | 0.00 | 7.20 | 43.22 | (0.00) | 43.22 |

**Sedgwick**

865 East 4800 South, Suite 210
Murray, UT 84107

**CONTINUED - Roof Accessories**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 16. Fireplace - chimney chase cover - sheet metal | 2.00 EA | 431.50 | 30.43 | 178.68 | 1,072.11 | (183.18) | 888.93 |
| 17. Remove Flue cap | 2.00 EA | 16.01 | 0.00 | 6.40 | 38.42 | (0.00) | 38.42 |
| 18. Flue cap | 2.00 EA | 113.37 | 13.01 | 47.94 | 287.69 | (78.28) | 209.41 |
| 19. Remove Tile roofing - Concrete - 'S' or flat (per TILE)* | 104.00 EA | 13.23 | 0.00 | 275.18 | 1,651.10 | (0.00) | 1,651.10 |
| 20. Install Tile roofing - Concrete - 'S' or flat (per TILE)* | 104.00 EA | 29.21 | 0.00 | 607.56 | 3,645.40 | (0.00) | 3,645.40 |
| Note: includes for removal and reinstallation of concrete tiles around roof accessories including pipe jacks, turtle vents, exhaust caps, and chimney flashing which have been figured for replacement | | | | | | | |
| **Totals: Roof Accessories** | | | **74.46** | **1,566.58** | **9,399.57** | **448.22** | **8,951.35** |
| **Total: Roof** | | | **139.52** | **2,351.38** | **14,108.18** | **766.62** | **13,341.56** |

**Exterior**

**Windows**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Deck Windows** | | | | | | | |
| 21. Remove Wood window - casement, 12-23 sf, Premium grade | 2.00 EA | 32.53 | 0.00 | 13.02 | 78.08 | (0.00) | 78.08 |
| 22. Wood window - casement, 12-23 sf, Premium grade | 2.00 EA | 1,074.33 | 145.92 | 458.92 | 2,753.50 | (1,003.94) | 1,749.56 |
| 23. Add. charge for a retrofit window, 12-23 sf - difficult | 2.00 EA | 195.86 | 2.71 | 78.88 | 473.31 | (18.67) | 454.64 |
| 24. Seal & paint wood window (per side) - Large | 4.00 EA | 56.10 | 2.15 | 45.32 | 271.87 | (18.46) | 253.41 |
| 25. Remove Wood window - picture (fixed) , 45-55 sf, Premium grade | 1.00 EA | 40.17 | 0.00 | 8.04 | 48.21 | (0.00) | 48.21 |
| 26. Wood window - picture (fixed), 45-55 sf, Premium grade | 1.00 EA | 2,665.23 | 190.82 | 571.20 | 3,427.25 | (1,312.84) | 2,114.41 |
| 27. Add. charge for a retrofit window, 24-40 sf - difficult | 2.00 EA | 251.31 | 4.09 | 101.34 | 608.05 | (28.16) | 579.89 |
| 28. Seal & paint wood window (per side) - Extra large | 2.00 EA | 68.02 | 1.39 | 27.48 | 164.91 | (11.97) | 152.94 |
| 29. Remove Wood window - picture (fixed) , 3-11 sf, Premium grade | 3.00 EA | 32.53 | 0.00 | 19.52 | 117.11 | (0.00) | 117.11 |
| 30. Wood window - picture (fixed), 3-11 sf, Premium grade | 3.00 EA | 837.36 | 172.24 | 536.86 | 3,221.18 | (1,184.99) | 2,036.19 |
| 31. Additional charge for a retrofit window, 3-11 sf | 3.00 EA | 76.12 | 2.30 | 46.14 | 276.80 | (15.85) | 260.95 |

**Sedgwick**

865 East 4800 South, Suite 210
Murray, UT 84107

**CONTINUED - Windows**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 32. Seal & paint wood window (per side) - Small | 4.00 EA | 29.38 | 0.80 | 23.66 | 141.98 | (6.84) | 135.14 |
| 33. Seal & paint wood window (per side) - Large | 2.00 EA | 56.10 | 1.07 | 22.66 | 135.93 | (9.23) | 126.70 |
| 34. Additional charge for wood window mullion - per LF | 27.83 LF | 17.51 | 29.22 | 103.30 | 619.82 | (201.04) | 418.78 |
| 35. Detach & Reset Interior window shutters (set) - Extra large | 3.00 EA | 38.71 | 0.00 | 23.22 | 139.35 | (0.00) | 139.35 |
| 36. Remove Window sill - stain grade | 12.83 LF | 0.67 | 0.00 | 1.72 | 10.32 | (0.00) | 10.32 |
| 37. Window sill - stain grade | 12.83 LF | 3.20 | 1.28 | 8.48 | 50.82 | (7.70) | 43.12 |
| 38. Seal & paint window sill | 12.83 LF | 1.94 | 0.22 | 5.02 | 30.13 | (1.91) | 28.22 |
| 39. Remove Window trim set (casing & stop) - hardwood | 40.67 LF | 0.49 | 0.00 | 3.98 | 23.91 | (0.00) | 23.91 |
| 40. Window trim set (casing & stop) - hardwood | 40.67 LF | 5.24 | 8.14 | 44.24 | 265.49 | (49.02) | 216.47 |
| 41. Seal & paint trim - two coats | 40.67 LF | 1.08 | 0.34 | 8.84 | 53.10 | (2.89) | 50.21 |
| 42. Floor protection - plastic and tape - 10 mil | 90.00 SF | 0.25 | 0.74 | 4.64 | 27.88 | (0.00) | 27.88 |
| Note: includes for masking and protecting the floor area on the inside of the living room for all window work and painting | | | | | | | |
| 43. Mask and prep for paint - paper and tape (per LF) | 46.00 LF | 0.60 | 0.14 | 5.54 | 33.28 | (0.00) | 33.28 |
| Note: includes for masking and protecting the wall areas on the inside of the living room for all window work and painting | | | | | | | |
| **Master Bedroom Windows** | | | | | | | |
| 44. Remove Wood window - picture (fixed) , 12-23 sf, Premium grade | 1.00 EA | 32.53 | 0.00 | 6.50 | 39.03 | (0.00) | 39.03 |
| 45. Wood window - picture (fixed), 12-23 sf, Premium grade | 1.00 EA | 1,011.80 | 69.96 | 216.36 | 1,298.12 | (481.30) | 816.82 |
| Note: includes for replacement of the center window only | | | | | | | |
| 46. Add. charge for a retrofit window, 12-23 sf - difficult | 1.00 EA | 195.86 | 1.36 | 39.46 | 236.68 | (9.34) | 227.34 |
| 47. Seal & paint wood window (per side) - Large | 2.00 EA | 56.10 | 1.07 | 22.66 | 135.93 | (9.23) | 126.70 |
| 48. Clean window unit (per side) 10 - 20 SF | 8.00 EA | 15.76 | 0.01 | 25.22 | 151.31 | (0.00) | 151.31 |
| 49. Seal & paint wood window (per side) - Large | 8.00 EA | 56.10 | 4.29 | 90.62 | 543.71 | (36.91) | 506.80 |
| Note: includes for cleaning, sealing, and painting of other wood windows in master bedroom area excluding the one window that is being figured for replacement | | | | | | | |
| 50. Detach & Reset Interior window shutters (set) - Large | 5.00 EA | 38.71 | 0.00 | 38.72 | 232.27 | (0.00) | 232.27 |
| 51. Remove Window sill - stain grade | 18.00 LF | 0.67 | 0.00 | 2.42 | 14.48 | (0.00) | 14.48 |
| 52. Window sill - stain grade | 18.00 LF | 3.20 | 1.80 | 11.88 | 71.28 | (10.81) | 60.47 |
| 53. Seal & paint window sill | 18.00 LF | 1.94 | 0.31 | 7.04 | 42.27 | (2.67) | 39.60 |
| 54. Floor protection - plastic and tape - 10 mil | 120.00 SF | 0.25 | 0.99 | 6.20 | 37.19 | (0.00) | 37.19 |

**Sedgwick**

865 East 4800 South, Suite 210
Murray, UT 84107

### CONTINUED - Windows

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Note: includes for masking and protecting the floor area on the inside of the master bedroom for all window work and painting | | | | | | | |
| 55. Mask and prep for paint - paper and tape (per LF) | 52.00 LF | 0.60 | 0.16 | 6.28 | 37.64 | (0.00) | 37.64 |
| Note: includes for masking and protecting the wall areas on the inside of the master bedroom for all window work and painting | | | | | | | |
| **Totals: Windows** | | | **643.52** | **2,635.38** | **15,812.19** | **4,423.77** | **11,388.42** |

### Stucco

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 56. Stucco repair around doors, windows, etc - 2nd floor | 53.50 LF | 27.06 | 7.02 | 290.94 | 1,745.67 | (0.00) | 1,745.67 |
| Note: this includes for the areas around the deck windows and master bedroom window on the west elevation of the home - these repairs should not be too extensive but may be necessary due to the replacement of the windows damaged by hail | | | | | | | |
| 57. Clean stucco | 2,419.00 SF | 0.64 | 1.81 | 310.00 | 1,859.97 | (0.00) | 1,859.97 |
| Note: includes for cleaning of the rear exterior of the home in preparation for fog coat | | | | | | | |
| 58. Stucco - Fog coat | 2,419.00 SF | 1.47 | 5.44 | 712.26 | 4,273.63 | (0.00) | 4,273.63 |
| Note: includes for fog coating of the rear exterior of the home due to minor repairs around windows and walls | | | | | | | |
| 59. Mask and prep for paint - plastic, paper, tape (per LF) | 383.00 LF | 1.09 | 7.47 | 85.00 | 509.94 | (0.00) | 509.94 |
| Note: masking and prepping of door and window areas on the west elevation only | | | | | | | |
| **Totals: Stucco** | | | **21.74** | **1,398.20** | **8,389.21** | **0.00** | **8,389.21** |

### Deck

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 60. Content Manipulation charge - per hour | 1.00 HR | 42.57 | 0.00 | 8.52 | 51.09 | (0.00) | 51.09 |
| Note: includes to move patio furniture off of the deck while pressure washing/cleaning, staining, and painting are completed | | | | | | | |
| 61. Clean with pressure/chemical spray | 243.00 SF | 0.35 | 0.18 | 17.06 | 102.29 | (0.00) | 102.29 |
| 62. Mask the surface area per square foot - plastic and tape - 4 mil | 226.63 SF | 0.19 | 0.85 | 8.80 | 52.71 | (0.00) | 52.71 |
| Note: includes for masking off of patio walls up 3 feet for staining of deck floor and painting of deck handrails | | | | | | | |
| 63. Stain/finish deck | 243.00 SF | 0.70 | 3.46 | 34.72 | 208.28 | (29.80) | 178.48 |
| 64. Paint deck handrail - 2 coats paint | 35.50 LF | 7.20 | 0.93 | 51.30 | 307.83 | (7.99) | 299.84 |
| 65. Remove In-wall / In-ceiling speaker - High grade | 2.00 EA | 4.80 | 0.00 | 1.92 | 11.52 | (0.00) | 11.52 |

**Sedgwick**

865 East 4800 South, Suite 210
Murray, UT 84107

**CONTINUED - Deck**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 66. In-wall / In-ceiling speaker - High grade | 2.00 EA | 421.66 | 55.33 | 179.72 | 1,078.37 | (428.27) | 650.10 |
| **Totals: Deck** | | | **60.75** | **302.04** | **1,812.09** | **466.06** | **1,346.03** |

**Gutters/Downspouts**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 67. Remove Gutter / downspout - galvanized - up to 5" | 523.20 LF | 0.48 | 0.00 | 50.22 | 301.36 | (0.00) | 301.36 |
| 68. Gutter / downspout - galvanized - up to 5" | 523.20 LF | 6.50 | 75.34 | 695.22 | 4,171.36 | (453.54) | 3,717.82 |
| 69. Prime & paint gutter / downspout | 523.20 LF | 1.28 | 9.81 | 135.90 | 815.41 | (84.37) | 731.04 |
| **Totals: Gutters/Downspouts** | | | **85.15** | **881.34** | **5,288.13** | **537.91** | **4,750.22** |

**Accessories**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 70. Remove Clothes dryer vent cover | 1.00 EA | 3.60 | 0.00 | 0.72 | 4.32 | (0.00) | 4.32 |
| 71. Clothes dryer vent cover | 1.00 EA | 38.36 | 0.48 | 7.78 | 46.62 | (4.12) | 42.50 |
| **Totals: Accessories** | | | **0.48** | **8.50** | **50.94** | **4.12** | **46.82** |
| **Total: Exterior** | | | **811.64** | **5,225.46** | **31,352.56** | **5,431.86** | **25,920.70** |

**Contents**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Chair Webbing for Patio Furniture - Rockler Order #101556007 | 1.00 EA | 271.60 | 0.00 | 0.00 | 271.60 | (0.00) | 271.60 |
| 73. Chaise Cover - Covers & All - Order #149469656727 | 1.00 EA | 94.67 | 7.10 | 0.00 | 101.77 | (0.00) | 101.77 |
| 74. Outdoor Umbrella Base/Stand | 1.00 EA | 60.98 | 4.57 | 0.00 | 65.55 | (0.00) | 65.55 |
| 75. Outdoor Art | 1.00 EA | 1,200.00 | 90.00 | 0.00 | 1,290.00 | (0.00) | 1,290.00 |

**Sedgwick**

865 East 4800 South, Suite 210
Murray, UT 84107

**CONTINUED - Contents**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Contents** | | | **101.67** | **0.00** | **1,728.92** | **0.00** | **1,728.92** |

**Miscellaneous**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 376.28 | 0.00 | 75.26 | 451.54 | (0.00) | 451.54 |
| 77. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 249.58 | 0.00 | 49.92 | 299.50 | (0.00) | 299.50 |
| Note: although it is unclear what permit would be required, an allowance for a permit fee of $249.58 has been added per the Traveler's estimate of repairs dated November 3, 2017 | | | | | | | |
| **Totals: Miscellaneous** | | | **0.00** | **125.18** | **751.04** | **0.00** | **751.04** |
| **Line Item Totals: BERTISENAPPRAISAL** | | | **1,052.83** | **7,702.02** | **47,940.70** | **6,198.48** | **41,742.22** |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 46,211.78 | 96.39% | 40,013.30 | 95.86% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 1,728.92 | 3.61% | 1,728.92 | 4.14% |
| Total | 47,940.70 | 100.00% | 41,742.22 | 100.00% |

**Sedgwick**

865 East 4800 South, Suite 210
Murray, UT 84107

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 37,558.60 |
| Material Sales Tax | 951.16 |
| Subtotal | 38,509.76 |
| Overhead | 3,851.01 |
| Profit | 3,851.01 |
| **Replacement Cost Value** | **$46,211.78** |
| Less Depreciation | (6,198.48) |
| **Actual Cash Value** | **$40,013.30** |
| **Net Claim** | **$40,013.30** |
| Total Recoverable Depreciation | 6,198.48 |
| **Net Claim if Depreciation is Recovered** | **$46,211.78** |

Seth McClure
National General Adjuster

**Sedgwick**

865 East 4800 South, Suite 210
Murray, UT 84107

## Summary for Contents

| | |
|---|---|
| Line Item Total | 1,627.25 |
| Material Sales Tax | 101.67 |
| **Replacement Cost Value** | **$1,728.92** |
| **Net Claim** | **$1,728.92** |

Seth McClure
National General Adjuster

**Sedgwick**

865 East 4800 South, Suite 210
Murray, UT 84107

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (7.5%) | Manuf. Home Tax (7.5%) | Storage Rental Tax (7.5%) | Local Food Tax (4.6%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 3,851.01 | 3,851.01 | 1,052.83 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **3,851.01** | **3,851.01** | **1,052.83** | **0.00** | **0.00** | **0.00** |

**Sedgwick**

865 East 4800 South, Suite 210
Murray, UT 84107

## Recap by Room

**Estimate: BERTISENAPPRAISAL**

| | | | |
|---|---|---|---|
| **Area: Roof** | | **1,275.42** | **3.25%** |
| Coverage: Dwelling | 100.00% = | 1,275.42 | |
| **Skylights** | | **2,583.33** | **6.59%** |
| Coverage: Dwelling | 100.00% = | 2,583.33 | |
| **Roof Accessories** | | **7,758.53** | **19.80%** |
| Coverage: Dwelling | 100.00% = | 7,758.53 | |
| **Area Subtotal: Roof** | | **11,617.28** | **29.65%** |
| Coverage: Dwelling | 100.00% = | 11,617.28 | |
| **Area: Exterior** | | | |
| **Windows** | | **12,533.29** | **31.98%** |
| Coverage: Dwelling | 100.00% = | 12,533.29 | |
| **Stucco** | | **6,969.27** | **17.79%** |
| Coverage: Dwelling | 100.00% = | 6,969.27 | |
| **Deck** | | **1,449.30** | **3.70%** |
| Coverage: Dwelling | 100.00% = | 1,449.30 | |
| **Gutters/Downspouts** | | **4,321.64** | **11.03%** |
| Coverage: Dwelling | 100.00% = | 4,321.64 | |
| **Accessories** | | **41.96** | **0.11%** |
| Coverage: Dwelling | 100.00% = | 41.96 | |
| **Area Subtotal: Exterior** | | **25,315.46** | **64.60%** |
| Coverage: Dwelling | 100.00% = | 25,315.46 | |
| **Contents** | | **1,627.25** | **4.15%** |
| Coverage: Contents | 100.00% = | 1,627.25 | |
| **Miscellaneous** | | **625.86** | **1.60%** |
| Coverage: Dwelling | 100.00% = | 625.86 | |
| **Subtotal of Areas** | | **39,185.85** | **100.00%** |
| Coverage: Dwelling | 95.85% = | 37,558.60 | |
| Coverage: Contents | 4.15% = | 1,627.25 | |
| **Total** | | **39,185.85** | **100.00%** |

**Sedgwick**

865 East 4800 South, Suite 210
Murray, UT 84107

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **CLEANING** | | | **1,759.29** | | **1,759.29** |
| Coverage: Dwelling | @ | 100.00% = | 1,759.29 | | |
| **CONTENT MANIPULATION** | | | **42.57** | | **42.57** |
| Coverage: Dwelling | @ | 100.00% = | 42.57 | | |
| **GENERAL DEMOLITION** | | | **3,445.81** | | **3,445.81** |
| Coverage: Dwelling | @ | 100.00% = | 3,445.81 | | |
| **PERMITS AND FEES** | | | **249.58** | | **249.58** |
| Coverage: Dwelling | @ | 100.00% = | 249.58 | | |
| **FINISH CARPENTRY / TRIMWORK** | | | **311.77** | **52.36** | **259.41** |
| Coverage: Dwelling | @ | 100.00% = | 311.77 | | |
| **FIREPLACES** | | | **1,089.74** | **202.70** | **887.04** |
| Coverage: Dwelling | @ | 100.00% = | 1,089.74 | | |
| **HEAT, VENT & AIR CONDITIONING** | | | **38.36** | **3.18** | **35.18** |
| Coverage: Dwelling | @ | 100.00% = | 38.36 | | |
| **PAINTING** | | | **2,922.12** | **172.26** | **2,749.86** |
| Coverage: Dwelling | @ | 100.00% = | 2,922.12 | | |
| **ROOFING** | | | **6,902.24** | **144.76** | **6,757.48** |
| Coverage: Dwelling | @ | 100.00% = | 6,902.24 | | |
| **SOFFIT, FASCIA, & GUTTER** | | | **3,400.80** | **351.59** | **3,049.21** |
| Coverage: Dwelling | @ | 100.00% = | 3,400.80 | | |
| **SPECIALTY ITEMS** | | | **843.32** | **331.99** | **511.33** |
| Coverage: Dwelling | @ | 100.00% = | 843.32 | | |
| **STUCCO & EXTERIOR PLASTER** | | | **5,003.64** | | **5,003.64** |
| Coverage: Dwelling | @ | 100.00% = | 5,003.64 | | |
| **WINDOWS - SKYLIGHTS** | | | **1,096.05** | **246.83** | **849.22** |
| Coverage: Dwelling | @ | 100.00% = | 1,096.05 | | |
| **WINDOW TREATMENT** | | | **309.68** | | **309.68** |
| Coverage: Dwelling | @ | 100.00% = | 309.68 | | |
| **WINDOWS - WOOD** | | | **10,143.63** | **3,299.32** | **6,844.31** |
| Coverage: Dwelling | @ | 100.00% = | 10,143.63 | | |
| **O&P Items Subtotal** | | | **37,558.60** | **4,804.99** | **32,753.61** |

| Non-O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---|---|---|
| **USER DEFINED ITEMS** | | | **1,627.25** | | **1,627.25** |
| Coverage: Contents | @ | 100.00% = | 1,627.25 | | |
| **Non-O&P Items Subtotal** | | | **1,627.25** | **0.00** | **1,627.25** |
| **O&P Items Subtotal** | | | **37,558.60** | **4,804.99** | **32,753.61** |
| **Material Sales Tax** | | | **1,052.83** | **360.41** | **692.42** |
| Coverage: Dwelling | @ | 90.34% = | 951.16 | | |
| Coverage: Contents | @ | 9.66% = | 101.67 | | |
| **Overhead** | | | **3,851.01** | **516.54** | **3,334.47** |

**Sedgwick**

865 East 4800 South, Suite 210
Murray, UT 84107

| | | | | | |
|---|---|---|---|---|---|
| Coverage: Dwelling | @ | 100.00% = | 3,851.01 | | |
| **Profit** | | | **3,851.01** | **516.54** | **3,334.47** |
| Coverage: Dwelling | @ | 100.00% = | 3,851.01 | | |
| **Total** | | | **47,940.70** | **6,198.48** | **41,742.22** |

It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.