September 3, 2020

Mr. Jasper Bertisen and Ms. Anita Bertisen
25704 Bristlecone Court
Golden, Colorado 80401

Mr. Daniel Lehmkuhl, Claim Professional
Travelers
Mountain West Claim Center - Colorado
P.O. Box 650293
Dallas, Texas 75265-0293

Re: Summary Letter of Opinions as "Umpire" for Hail Loss
Property: Single-Family Residence at 25704 Bristlecone Court, Golden, Colorado
Insured's (Bertisen) Policy Number: Travelers 0CHR349960237176331
Insured's (Bertisen) Claim Number: H5M6216001H
Insurer's (Travelers) Claim Number: SNY6214
Date of Loss: May 8, 2017
BC&E No. 20084A (Bertisen) and 20084B (Travelers)

Dear Mr. and Ms. Bertisen and Mr. Lehmkuhl:

In accordance with our proposal dated June 23, 2020 to Mr. and Ms. Bertisen and our proposal dated June 24, 2020 to Travelers, BC&E, LLC has provided services as an "Umpire" for the hail damage claim related to the above-referenced property.

We have reviewed information provided to us from Mr. Tony Trujillo, an Appraiser with C3 Group, Inc., retained by the insured, Mr. and Ms. Bertisen. We have also reviewed information provided to us from Mr. Seth McClure, National General Adjuster with Sedgwick, retained by the insurer, Travelers. We visited the site on August 9, 2020 to observe existing conditions. During our site visit, we met with Mr. Trujillo and Mr. McClure and discussed the conditions and the hail claim.

Based on the information provided to us and our observations, we developed the following opinions:

1. The Replacement Cost Value (RCV) should be $157,141.19.

2. The Actual Cost Value (ACV) should be $136,297.85.

Please refer to the attached table for more detailed information.

The following summarizes our opinions regarding major items that are part of this hail claim:

a. It is our opinion that the entirety of the tile roofing should be removed and replaced. We do not believe it reasonably possible to remove and replace only some of the tiles or to remove some areas of tiles (such as the south-facing side only) without compromising the aesthetics of the roofing.

b. In our opinion many of the wood windows on the south side of the residence had hail damage to the frame and sash, and should be removed and replaced. All of the casement windows at the Master Bedroom "bow" window should be replaced to maintain the appearance of the windows from the interior and exterior. Only three of the five small, square windows above the Master Bedroom "bow" window should be replaced; we believe these three new windows will reasonably match the appearance of the two windows to remain. Four windows and the patio door only require painting on the exterior from hail damage.

c. In our opinion, for windows that are to be removed and replaced, the brick mold surrounding the existing windows and the window frames can be removed with little damage to the exterior insulation and finish system (EIFS). We believe new self-adhering flexible flashing can be installed on the sheathing and in the rough opening within the areas where the brick mold and window frames have been removed. Therefore, we believe only minor repairs to the EIFS around the window perimeters are necessary, and that a skilled plasterer can reasonably match the existing EIFS texture. Following such repairs to the EIFS, the south elevation of the residence should receive a new fog/color coat to provide a uniform color appearance for the EIFS on that elevation. In our opinion, a new fog/color coat on one elevation, terminating at a corner, will not be readily distinguishable from other adjacent elevations.

This concludes our services as an "Umpire" for the hail damage claim. We would be glad to prepare an Award and sign it along with one or both parties at a mutually-convenient time. Thank you for the opportunity to be of service.

Sincerely,

BC&E, LLC

Linda M. McGowan, P.E., A.I.A.
Principal

Enclosure: One-page Table of BC&E Evaluation of Bertisen Hail Claim dated September 3, 2020

cc: Mr. Tony Trujillo, Appraiser with C3 Group, Inc.
Mr. Seth McClure, National General Adjuster with Sedgwick