Insured:Jasper Bertisen
Location:25704 Bristlecone Ct., Golden, CO. 80401
Date of Loss:~~5/1/2017~~ May 8, 2017
Insurer:Travelers
Policy Number:0CHR349960237176331
Insured's Claim Number: H5M6216001H
Insurer's Claim No: SNY6214

## APPRAISAL AWARD

TO THE PARTIES AT INTEREST:

We, the appraisers and umpire in the above captioned matter have carefully examined the premises referenced above in connection with the formal demand for appraisal of the loss. Based on our appraisal of the loss and value, we have determined the applicable value as follows:

Total Award Amount
**REPLACEMENT COST VALUE: $157,141.19**
**ACTUAL CASH VALUE: $136,297.85**

The above amounts are subject to all policy conditions in effect. Any advance payments that may have been made prior to the issuance of this award should be credited from the applicable amounts. The above amounts are based upon replacement cost and actual cash value calculations valued at the date of loss.

______________________________ ______________
Carrier Appraiser - Seth McClure Date

[signature] 10/13/2020
Insured Appraiser - Tony Trujillo Date

[signature] 10-15-20
Umpire - Linda McGowan Date