**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03650-NYW-STV

ANITA BERTISEN, and
JASPER BERTISEN,

Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE
INSURANCE COMPANY,

Defendant.

---

## AFFIDAVIT OF TONY TRUJILLO

---

1. On October 13, 2020, I signed the Appraisal Award attached to this affidavit.
2. I signed the Appraisal Award because I agreed with the umpire that the amount of the Bertisens' loss was $157,141.19.
3. I also signed because I agreed with the umpire that the Bertisens' losses awarded in the amount of $157,141.19 were caused by hail on May 8, 2017.

**FURTHER AFFIANT SAYETH NAUGHT**

Tony Trujillo 01/30/2023 10:09 AM MST

Tony Trujillo Date

) State of Colorado
) County of Arapahoe
) s.s.
)
) Subscribed and sworn before me this
) 30th day of January 2023, by Tony Trujillo.
)
) Witness my hand and Seal.
)
) My commission expires: 10/15/2025

Mary Jane Watkins 01/30/2023 10:10 AM MST

MARY JANE WATKINS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154017226
MY COMMISSION EXPIRES OCTOBER 15, 2025

Online Notary Public. This notarial act involved the use of online audio/video communication technology.