TRAVELERS

7769

The Travelers Home And Marine Insurance Company
P.O. Box 650293
Dallas, TX 75265-0293

08/03/2021

**Jasper Bertisen**
**25704 Bristlecone Ct**
**Golden CO 80401**

| | |
|---|---|
| **Insured:** | Jasper Bertisen |
| **Claim Number:** | SNY6214 |
| **Policy Number:** | 0CHR34-996023717-633-1 |
| **Date of Loss:** | 05/08/2017 |
| **Loss Location:** | 25704 Bristlecone Ct Golden CO |

Dear Mr. Bertisen,

I am following up on our recent conversation about your claim for recoverable depreciation. I have received the information necessary to issue a check for $20,843.33, which is the amount of recoverable depreciation now owed for roof and content replacement. The check has been sent under separate cover.

Payments to date on this claim total $98,801.35 which is the amount recoverable for the damage based on what you have spent. No additional payments are due at this time in connection with the roof and content portion of your claim.

If you have any questions, please contact me at (970)203-5789 or DLEHMKUH@travelers.com.

Sincerely,

Daniel Lehmkuhl
Claim Professional
Direct: (970)203-5789
Office: (800)227-1538 Ext. 203-5789
Fax: (877)801-9674
Email: DLEHMKUH@travelers.com