**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03650-WJM-STV

ANITA BERTISEN, and
JASPER BERTISEN,

Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,

Defendant.

**DEFENDANT'S RULE 26 EXPERT DISCLOSURE**

NOW COMES Defendant, The Travelers Home and marine Insurance Company ("Travelers"), by and through its attorneys, and for its Rule 26 Expert Disclosure, states as follows:

## I. Non-Retained Expert Witnesses

(1) Jeffrey E. Anderson, AIA, LEED AP, JS Held, 8000 E. Maplewood Ave., Suite 125, Greenwood Village, CO 80111. Mr. Anderson is expected to testify consistently with his report dated July 8, 2019 previously produced in this matter. A copy of this report is also attached as Exhibit "A." Mr. Anderson is expected to opine in part as follows:

1. Hailstones up to approximately 1.5-inches in diameter fell at the property on May 8, 2017.
2. The roof tiles at the property were the original roof covering (25 years of service).
3. The roof tiles were Series 1000 tiles manufactured by Westile.
4. Westile no longer manufactures concrete roof tiles.
5. The field roof tiles at the property were loose laid/installed without fasteners.

6. The roof included approximately 191 visible cracked/fractured tiles, a few of which had been previously repaired with adhesive.

7. Approximately 30 percent of the fractures were created on the date of loss and approximately 20 percent were previously cracked and became loose on the date of loss.

8. Approximately 70 percent of the cracked tiles were cracked prior to the date of loss. Many of these tiles justified replacement prior to May 8, 2017.

Mr. Anderson is also expected to opine that cracked tiles can be removed and replaced on an individual basis, that total roof replacement is not necessary, and that like kind and quality boneyard tiles are available, or were available at the time of his inspection and report. The bases of Mr. Anderson's conclusions are set forth in his report, and include his training, background, education, experience, and inspection of the property.

(2) Seth McClure, National General Adjuster, Sedgwick, 7400 E Orchard Rd Ste 4015, Greenwood Village, CO 80111. Mr. McClure is expected to testify regarding the value of damage to Plaintiff's property, as set forth in his estimates previously produced in this matter. He is also expected to testify regarding his observations of the property during the parties' appraisal process.

*<u>/s/ Brian E. Devilling</u>*

BRIAN E. DEVILLING
MATTHEW S. PONZI
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 North LaSalle St., Suite 1400
Chicago, Illinois 60601
(312) 863-5000
Attorneys for Defendant

**PROOF OF SERVICE**

The undersigned, being duly sworn upon oath, does hereby swear and affirm that he served a copy of the foregoing document on all counsel of record on November 14, 2022.

/s/ Brian E. Devilling