IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03650-NYW-STV

ANITA BERTISEN, and
JASPER BERTISEN,

    Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE
INSURANCE COMPANY,

    Defendant.

---

### PLAINTIFFS' STIPULATION TO DEFENDANT'S PROPOSED VERDICT FORM

---

COME NOW PLAINTIFFS, Anita and Jasper Bertisen, and indicate their stipulation to the proposed verdict forms submitted by Defendant on February 9, 2024. Doc. 117.

DATED: February 12, 2024.      Respectfully submitted,

*s/ Katherine E. Goodrich*
Katherine E. Goodrich
Rodney J. Monheit
**MoGo LLC**
600 17th Street, Suite 2800 South
Denver, Colorado 80202
Tel: (303) 357-1317
katie@mogollc.com
rodney@mogollc.com
*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2024, I filed a true and correct copy of the foregoing with the Court's CM/ECF system, which will send service of the same to the following email addresses:

Brian Devilling
bdevilling@fgppr.com

Matt Ponzi
mponzi@fgppr.com

*Attorneys for Defendant*

                                      *s/ Katherine E. Goodrich*
                                      Katherine E. Goodrich