IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03650-NYW-STV

ANITA BERTISEN and JASPER BERTISEN,

    Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,

    Defendant.

---

## PLAINTIFFS' PROPOSED *VOIR DIRE* QUESTIONS

---

Plaintiffs, by their attorneys, submit the proposed questions below for jury candidates. Plaintiffs request permission for follow-up questioning. This is reasonable and necessary to develop an understanding of a juror's perspectives, preferences, and ordinary biases. Such biases are often difficult to express openly. Plaintiffs submit that it is impossible and impractical to fully script needed follow-up questions that will be required to encourage jurors to talk openly.

### QUESTIONS

**Property Insurance**

1.    Do you own your home?

2.    Do you have insurance for your home?

3. Would you please discuss your experience with physical damage to your property?

   a. What has been your experience dealing with insurance for damage to your property?

   b. Did the property damage occur due to a weather event?

   c. How did you deal with your property damage?

   d. How expensive was the property damage?

   e. Did your insurance company pay your property damage claim?

4. Do you have education, training, or experience with property damage? Please explain

5. What is your understanding of insurance law? Do you have any beliefs or opinions about insurance lawsuits that might influence your judgment?

6. What is your understanding of what a contract is? What does it mean to you when you sign a contract? Do you have to do what the contract says you'll do? What should you do if the other party to the contract doesn't do what the contract says they'll do?

7. Have you or someone close to you ever been involved in an insurance lawsuit, either as a plaintiff or a defendant? If so, can you share how that experience might affect your view of this case?

8. Have you or someone close to you ever worked in the insurance industry?

9. Have you or someone close to you ever been involved in an insurance claim? If so, can you share how that experience might affect your view of this case? Were you pleased with how the claim was handled?

10. Do you have, or have you ever had, an insurance policy with The Travelers Home and Marine Insurance Company?

11. What are your views on insurance companies and large corporations, especially in the context of insurance claims? Do you have any biases for or against them that might affect your decision-making?

**Compensation and Damages**

12. What are your thoughts on lawsuits seeking financial compensation? Do you believe that such lawsuits are nonsense, or do you think they are a necessary means for people to obtain compensation to which they're entitled?

13. Is it your opinion that people abuse the legal system to seek damages that may not be justified? Please explain.

**Burden of Proof and Judicial Process**

2

14. How do you view expert testimony in trial? Would you be able to weigh the opinions of experts objectively, even if they conflict with your personal beliefs or knowledge?

15. In a civil case like this, the burden of proof is less for the plaintiffs than if it was a criminal case. In a criminal case, it's beyond a reasonable doubt. In a civil case, it's preponderance of the evidence. That means that if the story presented by the plaintiffs is more likely true than not true, more likely right than wrong, then the plaintiffs have proved their case. Some people think more likely right than wrong is not a fair burden of proof because it makes things too easy for the plaintiffs. Other people feel that's OK. How about that? Are you a little closer to the people who think it's unfair and is too easy for the plaintiffs? Or are you a little closer to the people who think it's OK?

16. Are you willing and able to follow the judge's instructions, even if you disagree with them, and base your verdict solely on the evidence presented in court?

**Miscellaneous**

17. Do you have any personal, professional, or financial interests that could be affected by the outcome of this case?

18. Are you comfortable discussing and deliberating case details with other jurors? Can you give an example of a time when you had to work collaboratively to reach a decision?

19. Is anyone concerned about discomfort or ability to sit and listen to this case because they feel ill physically or otherwise? Anyone have discomfort or pain sitting for a time? Would it be better if you did not sit on this jury because of the way you feel?

20. Have you been involved in a significant lawsuit either bringing the case as a plaintiff or defending a lawsuit as a defendant? What can you tell us about your experience?

Dated: February 16, 2024.  Respectfully submitted,

*s/ Rodney J. Monheit*
Katherine E. Goodrich
Rodney J. Monheit
MoGo LLC
600 Seventeenth Street
Suite 2800 South
Denver, Colorado 80202
Tel: (303) 357-1317
katie@mogollc.com
rodney@mogollc.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2024, I filed the foregoing **PLAINTIFFS' PROPOSED *VOIR DIRE* QUESTIONS** using the CM/ECF filing system, which will send notification of the same to the following email addresses:

Brian Devilling
bdevilling@fgppr.com

Matthew Ponzi
mponzi@fgppr.com

*Attorneys for Defendant*

                                                  *s/ Rodney Monheit*
                                                  Rodney Monheit