**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03650-NYW-STV

ANITA BERTISEN and JASPER BERTISEN,

    Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,

    Defendant.

---

**FINAL PRETRIAL ORDER**

---

1. **DATE AND APPEARANCES**

The Final Pretrial Conference took place on February 23, 2024 at 1:30 pm in courtroom A-502 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. The Final Pretrial Conference will be attended by:

| | |
|---|---|
| Katherine Goodrich | Brian E. Devilling |
| Rodney Monheit | Foran Glennon Palandech Ponzi & Rudloff PC |
| MoGo LLC | 222 North LaSalle St., 1400 |
| 600 17th Street | Chicago, IL 60601 |
| Suite 2800 South | (312) 863-5000 |
| Denver, CO 80202 | bdevilling@fgppr.com |
| Tel: (303) 357-1317 | |
| katie@mogollc.com | |
| rodney@mogollc.com | |
| *Attorneys for Plaintiffs* | |

2. **JURISDICTION**

This Court has subject matter jurisdiction pursuant to 18 U.S.C. 1332 because all parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3. **CLAIMS AND DEFENSES**

   *For Plaintiff*:

   Breach of Contract — Defendant refuses to pay the roofing portion of the appraisal award and for temporary repairs.

   Bad Faith Breach of an Insurance Contract — Defendant knowingly breaches the insurance policy by refusing to pay the roofing portion of the appraisal award.

   Violation of C.R.S. § 10-3-1115 — Defendant unreasonably delayed authorizing payment for the appraised value of the loss, from the outset of its adjustment of the claim.

   *For Defendant:*

   1. Plaintiffs' claims may be barred or limited by the contractual terms, conditions, provisions, and/or limitations contained within the relevant insurance Policy, including but not limited to the Policy's exclusions for; (a) wear and tear, marring, deterioration; (b) settling, cracking, shrinking or expansion; (c) Faulty, inadequate or defective design, specifications, workmanship, repair, construction, renovation; (d) faulty, inadequate or defective materials used in repair, and (e) faulty, inadequate or defective maintenance.

   2. Plaintiff's recovery is limited by the terms of the Policy's appraisal provision, which limit an appraisal panel to determining the "amount of loss," rather than coverage issues.

4. **STIPULATIONS**

   a. Facts

      i. The Bertisens' home was damaged by a hailstorm occurring on May 8, 2017.

      ii. Travelers insured the Bertisens' home at the time of the May 8, 2017 hailstorm.

iii. The Bertisens and Travelers disagreed on the value of the hail damage.

iv. The Bertisens invoked the insurance policy's appraisal provision, which provides: "each party will choose a competent and impartial appraiser . . . [t]he two appraisers will choose an umpire. . . . The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss."

v. Two of the three members of the appraisal panel agreed that the amount of the loss was $157,141.19.

vi. Travelers did not pay the full appraisal award amount.

vii. Travelers has not paid to remove and replace any roof tiles.

viii. The Bertisens completed the repairs to their home, paying $157,141.19 to repair their property.

b. Law (stipulations proposed by Plaintiffs, opposed by Defendant as noted in highlight)

i. ==The appraisal award in this case is binding as to the amount of the loss to the Bertisens' property, including their roof, caused by the May 8, 2017 hailstorm. [Doc. 93, at 28].==

ii. ==The insurance policy requires that the new replacement roof tiles match the existing undamaged roof tiles.==

5. **PENDING MOTIONS**

- Plaintiff's Motion In Limine

- Plaintiff's Motion To Exclude Portions Of Defendant's Expert Testimony

- Plaintiff's Motion Pursuant to F.R.C.P. 56(g)

- Defendant's Motion In Limine

**6. WITNESSES**

Please see Plaintiffs' witness list attached **Exhibit 1**; and Defendant's witness list attached **Exhibit 2**.

    a. Nonexpert witnesses:

        i. Witnesses to be called by Plaintiffs:

            1. Plaintiffs' witnesses who will be present at trial:

                a. Anita Bertisen

                b. Jasper Bertisen

            2. Plaintiffs' witnesses who may be present at trial:

                a. A representative of The Travelers Home and Marine Insurance Company

                b. Ken Medina

                c. Anthony Trujillo

                d. Linda McGowan

                e. Seth McClure

                f. Bradlee Waddell

                g. A representative of Elevation Restoration

        ii. Witnesses to be called by Defendant:

            1. Defendant's witnesses who will be present at trial:

                a. Adrian Fryxell

        b. T.J. Lechtenburg

   2. Plaintiffs' witnesses who may be present at trial:

        a. Anthony Trujillo

        b. Linda McGowan

        c. Seth McClure

        d. TJ Barr

        e. Nicholas Kern

        f. Bradlee Waddell

        g. Daniel Lemkuhl

        h. A representative of Elevation Restoration

b. Expert witnesses:

   i. Expert witnesses to be called by Plaintiffs:

      1. Plaintiffs' expert witnesses who will be present at trial:

        a. Damian Arguello

      2. Plaintiffs' expert witnesses who may be present at trial:

   ii. Witnesses to be called by Defendant:

      1. Defendant's expert witnesses who will be present at trial:

        a. Jeffrey Anderson

      2. Plaintiffs' expert witnesses who may be present at trial:

**7. EXHIBITS**

Counsel for the Parties conferred regarding exhibits, and submit exhibits as detailed in the attached Exhibit List. **Exhibit 3**.

8. **DISCOVERY**

    Discovery has been completed.

9. **SPECIAL ISSUES**

    None.

10. **SETTLEMENT**

    a. Counsel for the parties conducted their first mediation on October 30, 2022, to discuss in good faith the settlement of the case.

    b. The participants in the settlement conference included counsel, party representatives, and any *pro so* party.

    c. The parties were promptly informed of all offers of settlement.

    d. Counsel for the parties and any *pro se* party intend to hold future settlement conferences.

    e. It appears from the discussion by all counsel and any *pro se* party that there is: some possibility of settlement.

    f. Counsel for the parties and any *pro se* party considered ADR in accordance with D.C.COLO.LCivR 16.6.

11. **OFFER OF JUDGMENT**

    Counsel and any *pro se* party acknowledge familiarity with the provision of Rule 68 (Offer of Judgment) of the Federal Rules of Civil Procedure. Counsel have discussed it with the clients against whom claims are made in this case.

12. **EFFECT OF FINAL PRETRIAL ORDER**

    Hereafter, this Final Pretrial Order will control the subsequent course of this action and the trial, and may not be amended except by consent of the parties and approval of the court to

prevent manifest injustice. The pleadings will be deemed merged herein. This Final Pretrial Order supersedes the Scheduling Order. In the event of ambiguity in any provision of this Final Pretrial Order, reference may be made to the record of the pretrial conference to the extent reported by stenographic notes and to the pleadings.

**13. TRIAL AND ESTIMATED TRIAL TIME; FURTHER TRIAL PREPARATION PROCEEDINGS**

Trial is to be to a jury. Trial is estimated to take five days. Trial is to be held at Alfred A Arraj United States Courthouse, 901 19th Street, Courtroom A-502, Denver, Colorado 80294-3589. Trial is to commence on March 18, 2024.

DATED this _____ day of _____, 20_____.

BY THE COURT

United States District Court Judge

APPROVED:

| | |
|---|---|
| Katherine Goodrich | Brian E. Devilling |
| Rodney Monheit | Foran Glennon Palandech Ponzi & Rudloff PC |
| MoGo LLC | 222 North LaSalle St., 1400 |
| 600 17th Street | Chicago, IL 60601 |
| Suite 2800 South | (312) 863-5000 |
| Denver, CO 80202 | bdevilling@fgppr.com |
| Tel: (303) 357-1317 | |
| katie@mogollc.com | *Attorneys for Defendant* |
| rodney@mogollc.com | |
| *Attorneys for Plaintiffs* | |